**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Tevin Rashad WRIGHT, Defendant–
Appellant.**

No. 15–10892
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 7, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Douglas Anthony Morris, Esq., Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Tevin Rashad Wright challenges the sufficiency of the factual basis for his guilty plea to possession of a firearm by a convicted felon under 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He contends that the Supreme Court's decision in *McFadden v. United States,* —— U.S. ——, 135 S.Ct. 2298, 192 L.Ed.2d 260 (2015), calls into question our holding in *United States v. Dancy,* 861 F.2d 77, 81–82 (5th Cir.1988), that the offense does not require knowledge of a firearm's interstate nexus. Because *McFadden* does not unequivocally

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

direct this court to overrule *Dancy,* "we are not at liberty to overrule our settled precedent." *United States v. Alcantar,* 733 F.3d 143, 146 (5th Cir.2013).

The judgment of the district court is AFFIRMED. The Government's motion for summary affirmance is DENIED. *See United States v. Holy Land Found. for Relief and Development,* 445 F.3d 771, 781 (5th Cir.2006). Its alternative motion for an extension of time is DENIED as unnecessary.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.